1  JOSEPH P. HARDY
   Nevada Bar No. 7370
2  GORDON & REES LLP
   3770 Howard Hughes Parkway Suite 100
3  Las Vegas, Nevada 89169
   Telephone: (702) 577-9300
4  Facsimile: (702) 255-2858
   Email: jhardy@gordonrees.com
5
   *Attorneys for Defendant*
6  *IBEW PLUS CREDIT UNION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA EASTMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IBEW PLUS CREDIT UNION,<br><br>　　　　　Defendant. | CASE NO.: 2:14-cv-800-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LISA EASTMAN ("Eastman" or "Plaintiff"), by and through her attorney DAVID H. KRIEGER of the law firm of Haines & Krieger, LLC, and Defendant IBEW PLUS CREDIT UNION ("Plus Credit Union" or "Defendant"), by and through its attorneys, JOSEPH P. HARDY of the law firm of Gordon & Rees LLP, hereby stipulate that the above-entitled matter be dismissed in its entirety as to all of Plaintiff's claims against Defendant, with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Trial has not been set in this matter, and no motions are pending.

DATED this 20th day of August, 2014.           DATED this 20th day of August, 2014.

GORDON & REES LLP                              HAINES & KRIEGER, LLC

 /s/  Joseph P. Hardy                           /s/   David H. Krieger
JOSEPH P. HARDY                                DAVID H. KRIEGER
Nevada Bar No. 7370                            Nevada Bar No. 9086
3770 Howard Hughes Parkway, Suite 100          8985 South Eastern Avenue, Suite 130
Las Vegas, Nevada  89169                       Henderson, Nevada  89123

*Attorneys for Defendant*                      *Attorneys for Plaintiff*
*IBEW Plus Credit Union*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date:  August 28, 2014        _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 20th day of August, 2014 and pursuant to Fed. R. Civ. Pro. 5, I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **Stipulation and Order for Dismissal with Prejudice,** postage prepaid and addressed to:

DAVID H. KRIEGER
Haines & Krieger, LLC
8985 South Eastern Avenue, Suite 130
Henderson, Nevada  89123

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　 /s/  Linda M. Kapcia            
　　　　　　　　　　　　　　　　　An employee of Gordon & Rees LLP

**Gordon & Rees LLP**
3770 Howard Hughes Parkway Suite 100
Las Vegas, Nevada 89169

1097278/20429946v.1

-3-